JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:   (213) 974-1828
Facsimile:    (213) 626-7446

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and
ALEX VILLANUEVA

[Additional counsel continued on following page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESTATE OF PAUL REA, by and through successor in interest, Leah Garcia, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | **CASE NO. 2:20-cv-01691 JFW (AFMx)** <br><br> **JOINT SET OF EXHIBITS** <br><br> Hearing Date:  September 20, 2021 <br> Time:        1:30 p.m. <br><br> Pretrial Conf.:  November 19, 2021 <br> Time:        8:00 a.m. <br><br> Trial Date:    December 14, 2021 <br> Time:        8:30 a.m. <br><br> Assigned to Hon. John F. Walter and Magistrate Judge Alexander F. MacKinnon |

533735.1

1

[Additional counsel, continued from previous page.]

2

3

MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

4

5

6

7

8

Attorneys for Defendant
COUNTY OF LOS ANGELES

9

10

GARY L. EWELL (State Bar No. 104050)
gewell@ebbklaw.com
DAVID P. BLANKE (Admitted *pro hac vice*)
dblanke@ebbklaw.com
EWELL, BROWN, BLANKE & KNIGHT LLP
111 Congress Avenue, Suite 2800
Austin, Texas 78701
Telephone:   (512) 770-4030
Facsimile:   (877) 851-6384

11

12

13

14

15

16

Attorneys for Defendants
ARGELIA HUERTA and HECTOR SAAVEDRA

17

18

ARNOLDO CASILLAS (State Bar No. 158519)
acasillas@casillaslegal.com
DENISSE O. GASTELUM (State Bar No. 282771)
dgastelum@casillaslegal.com
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., 3rd Floor
Long Beach, California 90807
Telephone:   (562) 203-3030
Facsimile:   (323) 725-0350

19

20

21

22

23

24

Attorneys for Plaintiffs
ESTATE OF PAUL REA, LEAH GARCIA, JAYLENE REA, and TOMMY SANCHEZ

25

26

27

28

2

JOINT SET OF EXHIBITS

# **TABLE OF CONTENTS**

| NO. | DOCUMENT |
|---|---|
| 1. | Defendants' Exhibit 1: Deputy Hector Saavedra's Medical Records, dated June 27, 2019<br><br>(Combined Statement of Facts Nos. 32, 73, 74, 110) |
| 2. | Defendants' Exhibit 2: Deputy Hector Saavedra's Statement to Homicide Bureau, dated June 28, 2019<br><br>(Combined Statement of Facts Nos. 3, 23-26, 29, 30-39, 42, 46, 62, 98, 103, 110, 119, 122) |
| 3. | Defendants' Exhibit 3: Deputy Hector Saavedra's Medical Records, various dates in 2019 and 2020<br><br>(Combined Statement of Facts Nos. 74, 75) |
| 4. | Defendants' Exhibit 4 (Lodged) June 27, 2019 radio traffic<br><br>(Combined Statement of Facts Nos. 54, 55) |
| 5. | Defendants' Exhibit 5: Deputy Argelia Huerta's Statement to Homicide Bureau, dated June 28, 2019<br><br>(Combined Statement of Facts Nos. 6, 7, 10-15 , 20-21, 32, 34, 98, 110, 125-128) |
| 6. | Defendants' Exhibit 6: Supplemental Report (Deputy J. Chung), dated June 28, 2019<br><br>(Combined Statement of Facts Nos. 57-59, 119, 122-123) |
| 7. | Defendants' Exhibit 7: Supervisor's Use of Force Incident Report<br><br>(Combined Statement of Facts No. 88 ) |
| 8. | Defendants' Exhibit 8: Incident report for Ms. Rea's detention on October 30, 2019<br><br>(Combined Statement of Facts Nos. 82-89, 92) |

| NO. | DOCUMENT |
|---|---|
| 9. | Defendants' Exhibit 9: January 30, 2020 email from Mr. Reisberg<br><br>(Combined Statement of Facts Nos. 95 ) |
| 10. | Defendants' Exhibit 10: Watch Commander Service Comment Report<br><br>(Combined Statement of Facts Nos. 82-90, 92) |
| 11. | Defendants' Exhibit 11: Robert Fonzi's Curriculum Vitae |
| 12. | Defendants' Exhibit 12 (Lodged) CCTV video obtained from 306 S. Gerhart Avenue<br><br>(Combined Statement of Facts Nos. 41, 44, 49, 110, 113-116, 121) |
| 13. | Defendants' Exhibit 13: Pictures of the Glock handgun<br><br>(Combined Statement of Facts Nos. 58, 62, 119, 122-123) |
| 14. | Defendants' Exhibit 14 (Lodged) Video produced by Plaintiffs in this action as PLTF0077<br><br>(Combined Statement of Facts Nos. 46-48, 52, 121-123) |
| 15. | Defendants' Exhibit 15: July 1, 2019 autopsy report and laboratory analysis<br><br>(Combined Statement of Facts Nos. 45, 63-69, 118) |
| 16. | Defendants' Exhibit 16: June 28, 2019 photographs of the contusion on Deputy Hector Saavedra's head<br><br>(Combined Statement of Facts Nos. 110) |
| 17. | Defendants' Exhibit 17: Tommy Sanchez's citation<br><br>(Combined Statement of Facts Nos. 70, 125, 130-131) |
| 18. | Defendants' Exhibit 18: Los Angeles County Consolidated Criminal History System report of Paul Rea<br><br>(Combined Statement of Facts Nos. 61 ) |

| NO. | DOCUMENT |
|---|---|
| 19. | Defendants' Exhibit 19: Los Angeles County District Attorney's Office's Justice System Integrity Division's report, dated May 12, 2020<br><br>(Combined Statement of Facts Nos. 77 ) |
| 20. | Defendants' Exhibit 20: Excerpts of the deposition of Defendant Deputy Hector Saavedra<br><br>(Combined Statement of Facts Nos. 3-6, 9, 23-24, 26-28, 31-35, 37-39, 41-46, 49-53, 73-76, 98, 103, 110, 112-116, 119) |
| 21. | Defendants' Exhibit 21: Excerpts of the deposition of Defendant Deputy Argelia Huerta<br><br>(Combined Statement of Facts Nos. 4-13, 15-16, 20-21, 50-51, 54-55, 111-112, 114, 119, 126-127) |
| 22. | Defendants' Exhibit 22: Excerpts of the deposition of Plaintiff Tommy Sanchez<br><br>(Combined Statement of Facts Nos. 1, 2 , 6, 13-15, 20-22, 57, 71-72, 98, 125, 128, 130) |
| 23. | Defendants' Exhibit 23: Excerpts of the deposition of Plaintiff Jaylene Rea<br><br>(Combined Statement of Facts Nos. 78, 80-81, 83, 85-90, 92-94) |
| 24. | Defendants' Exhibit 24: Excerpts of the deposition of Defendant Argelia Huerta<br><br>(Combined Statement of Facts Nos. 96, 123) |
| 25. | Defendants' Exhibit 25: relevant portions of the transcription of Defendant Argelia Huerta's audio recorded statement provided to the Los Angeles County Sheriff's Department, Homicide Bureau<br><br>(Combined Statement of Facts Nos. 85, 96-97) |

| NO. | DOCUMENT |
|---|---|
| 26. | Plaintiffs' Exhibit 26: relevant portions of the transcription of Defendant Hector Saavedra's audio recorded statement provided to the Los Angeles County Sheriff's Department, Homicide Bureau<br><br>(Combined Statement of Facts Nos. 98-109) |
| 27. | Plaintiffs' Exhibit 27: Excerpts of the deposition of  Defendant Hector Saavedra<br><br>(Combined Statement of Facts Nos. 50-51, 56, 100, 102-104, 106-107, 121, 122) |
| 28. | Plaintiffs' Exhibit 28: Excerpts of the deposition of Plaintiff Tommy Sanchez<br><br>(Combined Statement of Facts Nos. 3, 6, 13-14, 17-19, 32-34, 74-76, 110, 113, 116, 125-131 ) |
| 29. | Plaintiffs' Exhibit 29: Los Angeles County Sheriff's Department, Scientific Services Bureau, Laboratory Examination Report<br><br>(Combined Statement of Facts Nos. 58, 123) |
| 30. | Plaintiffs' Exhibit 30: Roger A. Clark report<br><br>(Combined Statement of Facts Nos. 35-39, 42-44, 48, 50, 51, 56, 62, 111, 120, 122) |
| 31. | Plaintiffs' Exhibit 31: John Gardiner, PhD PE report<br><br>(Combined Statement of Facts Nos. 66, 116, 118, 124) |
| 32. | Plaintiffs' Exhibit 32: Video surveillance footage capturing the shooting incident, recorded on June 27, 2019<br><br>(Combined Statement of Facts Nos. 32-39, 42-44, 47-48, 50-51, 56, 62, 74-76, 110, 113-116, 122) |

| NO. | DOCUMENT |
|-----|----------|
| 33. | Plaintiffs' Exhibit 33: Copy of cell phone video footage capturing the moments immediately following the shooting incident<br><br>(Combined Statement of Facts Nos. 35-39, 42-44, 48, 50, 51, 56, 62, 111, 112, 117, 119) |
| 34. | Plaintiffs' Exhibit 34: April 30, 2019 motion authored by Los Angeles County Supervisors Sheila Kuehl and Hilda L. Solis<br><br>(Not in Combined Statement of Facts; Cited in Footnote 1 in Plaintiffs' Opposition) |
| 35. | Plaintiffs' Exhibit 35: "Analysis of the Criminal Investigation of Alleged Assault by Banditos"<br><br>(Not in Combined Statement of Facts; Cited in Footnote 1 in Plaintiffs' Opposition) |
| 36. | Plaintiffs' Exhibit 36: "50 Years of Deputy Ganges in the Los Angeles County Sheriff's Department – Identifying Root Cause and Effects to Advocate for Meaningful Reform"<br><br>(Not in Combined Statement of Facts; Cited in Footnote 1 in Plaintiffs' Opposition) |
| 37. | Plaintiffs' Exhibit 37: Fifth Amended Complaint filed in the matter of Hernandez, et al. v. County of Los Angeles, et al., Case No.: 19STCV33158<br><br>(Not in Combined Statement of Facts; Cited in Footnote 1 in Plaintiffs' Opposition) |
| 38. | Plaintiffs' Exhibit 38: Audio recording of the 9-1-1 call related to the shooting incident<br><br>(Combined Statement of Facts Nos. 50, 51, 56, 121) |

1  DATED:  September 3, 2021            OFFICE OF COUNTY COUNSEL

2

3

4                                       By:     /s/ Jonathan C. McCaverty

5                                              JONATHAN C. McCAVERTY
                                               Attorneys for Defendants
6                                              LOS ANGELES COUNTY SHERIFF'S
                                               DEPARTMENT and
7                                              ALEX VILLANUEVA

8

9  DATED:  September 3, 2021            MILLER BARONDESS, LLP

10

11

12                                      By:     /s/ Mira Hashmall

13                                             MIRA HASHMALL
                                               Attorneys for Defendant
14                                             COUNTY OF LOS ANGELES

15

16  DATED:  September 3, 2021           EWELL, BROWN, BLANKE & KNIGHT LLP

17

18

19                                      By:     /s/ Gary L. Ewell

20                                             GARY L. EWELL
                                               Attorneys for Defendants
21                                             ARGELIA HUERTA and
                                               HECTOR SAAVEDRA

22

23

24

25

26

27

28

1    DATED:  September 3, 2021     CASILLAS & ASSOCIATES

2

3

4                      By:      /s/ Denisse O. Gastelum

5                              DENISSE O. GASTELUM
                             Attorneys for Plaintiffs

6                              ESTATE OF PAUL REA, by and through
                             successor in interest, Leah Garcia; LEAH

7                              GARCIA, individually, JAYLENE REA,
                             individually; and TOMMY SANCHEZ,

8                              individually

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28