Case 2:20-cv-01691-JFW-AFM   Document 77-3   Filed 08/23/21   Page 1 of 8   Page ID #:837

# Exhibit 3

Printed on 3/3/2020 09:46 AM

Page 1 of 4

SaavedraSoto, Hector    Scan on 2/25/2020 1:01 PM by Ramirez, Norma of OP   REPORT - RT SHDR - FDK

**BH**
**Beverly Hills Integrated Surgery Center**
9231 W Olympic Blvd.
Beverly Hills, CA 90212

## OPERATIVE REPORT

Patient Name: SAAVEDRA SOTO, HECTOR    MR#: K17047
Date of Operation: February 21, 2020    DOB: ▮
   AGE: 33

**SURGEON:** Daniel Kharrazi, M.D.

**ANESTHESIA:** General.

**ANESTHESIOLOGIST:** Dr. Steven Zlatt, M.D.

**ASSISTANT:** Rebecca Pfeiffer, PA-C

### PREOPERATIVE DIAGNOSES:

Right shoulder osteoarthritis and synovitis of the acromioclavicular joint with Type II-III acromial process, impingement on the rotator cuff with anterior subacromial and subdeltoid bursitis and rotator cuff tendonitis right shoulder.

### POSTOPERATIVE DIAGNOSES:

Right shoulder osteoarthritis and synovitis of the acromioclavicular joint with Type II-III acromial process, impingement on the rotator cuff with anterior subacromial and subdeltoid bursitis and rotator cuff tendonitis right shoulder with posterior superior capsulolabral tear of the right shoulder.

### PROCEDURE PERFORMED:

Diagnostic operative arthroscopy of the right shoulder with intraarticular synovectomy, debridement with capsulorrhaphy followed by extensive subacromial and subdeltoid bursectomy decompressive acromioplasty with Mumford and distal clavicular resection of the right shoulder.

Complications: None.
Drains: None.
Disposition: Recovery room.
Preoperative Antibiotics: Administered pre-operatively for prophylaxis.

SAAVEDRA 000053

Defendants' Summary Judgment Exhibit No. 3
Page 46

Printed on 3/3/2020 09:46 AM

Page 2 of 4

SaavedraSoto, Hector   Scan on 2/25/2020 1:01 PM by Ramirez, Norma of OP   REPORT - RT SHDR - FDK

NAME: SAAVEDRA SOTO, HECTOR
DATE: February 21, 2020
PAGE: 2 of 4 Beverly Hills Integrated Surgical Center

### INDICATIONS FOR PROCEDURE:

The patient is proceeding with the abovementioned procedure after informed consent has been obtained.

Through a signed informed consent, the patient has been made aware that medicine is not a precise science and individual variations with respect to healing and ultimate recovery are impossible to project and predict. Naturally, there can be no guarantee that surgery will be successful. It is also possible, although unlikely, that additional surgery might be necessary at some future date.

The operation and its objective have been explained to the patient. As in any surgical procedure, there are risks inherently involved, although statistically the incidence is rare. Possible complications of orthopedic surgery and arthroscopic surgery include bleeding, stiffness, infection, neurovascular damage, blood clots, as well as various other risks. There are also risks associated with anesthesia. Common findings after surgery include localized pain, swelling and bruising. These typically resolve over time. Healing rates between different individuals may also vary. With all this in mind, the patient has elected to proceed with the procedure. The pros, cons, risks and potential benefits of surgical and conservative measures have been addressed. The patient's questions have been answered prior to surgery.

### PROCEDURE IN DETAIL:

The patient was brought to the operating room and placed supine on the operating room table. The appropriate operative shoulder was identified and the consent was reviewed. After induction of a general anesthetic by the anesthesiologist, the patient was positioned in the appropriate lateral decubitus position on a bean bag with all extremities well-padded. The shoulder and upper extremity were then prepped and draped in the usual sterile fashion with the arm abducted 45 degrees, forward flexed 15 degrees with 10 pounds of distraction using an Acufex shoulder holder. Using our standard posterior glenohumeral arthroscopic portal the shoulder joint was systematically inspected and the above findings were noted.

SAAVEDRA 000054

Defendants' Summary Judgment Exhibit No. 3
Page 47

Printed on 3/3/2020 09:46 AM

Page 3 of 4

SaavedraSoto, Hector    Scan on 2/25/2020 1:01 PM by Ramirez, Norma of OP  REPORT - RT SHDR - FDK

NAME: SAAVEDRA SOTO, HECTOR
DATE: February 21, 2020
PAGE: 3 of 4 Beverly Hills Integrated Surgical Center

Upon arthroscopic inspection of the right shoulder glenohumeral joint we noted the glenoid and humeral head were intact and normal. The intraarticular course of the biceps tendon was intact. The biceps tendon had tenosynovitis. No tears were identified. There was no Bankart or reverse Bankart lesion. No Hill-Sachs or reverse Hill-Sachs lesions noted. There was evidence of abnormal sublabral hole with a large Buford complex. The inferior and middle glenohumeral ligaments were intact. The posterior superior capsule and labrum had a sagittal split tear with extensive fraying and synovitis. This was arthroscopically debrided reapproximated using an Arthrex suture passer with #2 Ethibond sutures with modified Tennessee sliding knots providing a capsulorrhaphy which gave excellent stability.

The posterior and inferior labrum was intact. The intraarticular course of the subscap was intact. The rotator cuff posteriorly had partial fraying of 10% which was debrided. There was also synovitis in the rotator interval and posteriorly requiring debridement. The arthroscope was then positioned in the subacromial space revealing severe bursitis. This was extensively debrided. The coracoacromial ligament was released and resected off the anterolateral acromion revealing a Type II-III subacromial spur causing impingement on the rotator cuff. Therefore using a 5.5 mm resector blade from Stryker a decompressive acromioplasty to the medial acromial facet was completed. Once this was done no further impingement on the rotator cuff was noted but the bursal surface of the rotator cuff had partial fraying which was debrided. There was no full thickness tears. Attention was then turned to the acromioclavicular joint which had diffuse synovitis. Initially a synovectomy was completed followed by a distal clavicle resection of 10 mm while preserving the superior acromioclavicular joint capsule.

Once this was done the subacromial and subdeltoid spaces were thoroughly irrigated, suctioned dry. The arthroscopic portals were closed with 3.0 nylon sutures. Adaptic dry sterile dressing and a postoperative arc 2.0 arm sling for patient to take home for home use was then applied. The patient was then awakened from his anesthetic and transferred to the recovery room in stable and satisfactory condition having tolerated the procedure well.

SAAVEDRA 000055

Defendants' Summary Judgment Exhibit No. 3
Page 48

Printed on 3/3/2020 09:46 AM

Page 4 of 4

SaavedraSoto, Hector     Scan on 2/25/2020 1:01 PM by Ramirez, Norma of OP REPORT - RT SHDR - FDK

NAME: SAAVEDRA SOTO, HECTOR
DATE: February 21, 2020
PAGE: 4 of 4 Beverly Hills Integrated Surgical Center

An assistant was utilized during the operative procedure to facilitate with positioning of the extremity, holding the extremities stable during the operative part of the procedure, rotation of the extremity for exposure of the specific area of the joint and facilitation throughout the entire procedure. This was medically necessary to facilitate the procedure as this could not all be achieved with a single operator.

*[signature]*

Daniel Kharrazi, M.D.

DK:xxx

Date dictated: 2/21/20     Date transcribed: 2/22/20
Beverly Hills Integrated Surgical Center

**SAAVEDRA 000056**

Defendants' Summary Judgment Exhibit No. 3
Page 49

Printed on 3/3/2020 09:46 AM

Page 1 of 4

SaavedraSoto, Hector       Scan on 2/25/2020 1:01 PM by Ramirez, Norma of OP REPORT - RT SHDR - FDK

# BH
**Beverly Hills Integrated Surgery Center**
9231 W Olympic Blvd.
Beverly Hills, CA 90212

## OPERATIVE REPORT

Patient Name: SAAVEDRA SOTO, HECTOR          MR#: K17047
Date of Operation: February 21, 2020         DOB:
                                             AGE: 33

**SURGEON:** Daniel Kharrazi, M.D.

**ANESTHESIA:** General.

**ANESTHESIOLOGIST:** Dr. Steven Zlatt, M.D.

**ASSISTANT:** Rebecca Pfeiffer, PA-C

### PREOPERATIVE DIAGNOSES:

Right shoulder osteoarthritis and synovitis of the acromioclavicular joint with Type II-III acromial process, impingement on the rotator cuff with anterior subacromial and subdeltoid bursitis and rotator cuff tendonitis right shoulder.

### POSTOPERATIVE DIAGNOSES:

Right shoulder osteoarthritis and synovitis of the acromioclavicular joint with Type II-III acromial process, impingement on the rotator cuff with anterior subacromial and subdeltoid bursitis and rotator cuff tendonitis right shoulder with posterior superior capsulolabral tear of the right shoulder.

### PROCEDURE PERFORMED:

Diagnostic operative arthroscopy of the right shoulder with intraarticular synovectomy, debridement with capsulorrhaphy followed by extensive subacromial and subdeltoid bursectomy decompressive acromioplasty with Mumford and distal clavicular resection of the right shoulder.

Complications: None.
Drains: None.
Disposition: Recovery room.
Preoperative Antibiotics: Administered pre-operatively for prophylaxis.

SAAVEDRA 000057

Defendants' Summary Judgment Exhibit No. 3
Page 50



**PROGRESS REPORT**

Patient: Hector Saavedra
Date: November 20, 2019
Diagnosis: Right Shoulder Strain
MD: Daniel Kharrazi
DOI: 6/27/19

**TREATMENT:**
- Has completed 12/12 authorized physical therapy visits
- Scapular neuromuscular control exercises
- Trigger point release / soft tissue massage
- ROM program
- Manual joint mobilization and stretching
- Progressive resistance training as tolerated
- Modalities PRN
- Supplemental home exercises instruction

**SUBJECTIVE**
Mr. Saavedra reports that he is improving steadily in ROM, strength, and pain levels but continues to have limitations and pain. Subjective overall improvement = 50%

**OBJECTIVE:**
- Pain:
  - At rest – ranges from 1-2/10
  - With lifting or end range of motion of the right arm – up to 4/10
- PROM Right shoulder
  - Flexion = 165°
  - ER = 80°
  - IR = 60°
- MMT:
  - Flexion = 4+/5
  - ER = 4+/5
  - IR = 5/5
  - Abduction = 4/5
- Muscle tenderness at the posterior cuff and parascapular area
- Moderate hypertonicity in the right upper trapezius and right posterior cuff
- Isokinetic test:
  - ER = 41.2% weaker than uninvolved

**ASSESSMENT:**
Patient has intolerance to activity secondary to limited strength and Rom from right shoulder strain.

**LIMITATIONS:**
- Limited overhead lifting by 50%
- Limited reaching by 10%
- Limited Pushing by 40%
- Limited strength right shoulder
- Limited ROM right shoulder

**GOALS:**
- Overhead lifting at 100%
- Reaching at 100%
- Pushing at 100%
- Normal Strength in right shoulder
- Normal ROM in right shoulder

**RECOMMEND:**
May benefit from continued PT, but continues to have strong pain and limitation.

Thank you,

Ben Duncan, DPT

PH. 909.948.1124
FAX 909.948.1104
10590 TOWN CENTER DR., STE. 100
RANCHO CUCAMONGA, CA 91730
WWW.TEAMPT.COM

SAAVEDRA 000058

## Graphical Evaluation

| | | | | | |
|---|---|---|---|---|---|
| Name: | Hector Saavedra | Session: | 11/8/2019 4:00:36 PM | Windowing: | None |
| ID: | 50903 | Involved: | Right | Protocol: | Isokinetic Bilateral |
| Birth Date: | (M/d/yyyy) | Clinician: | | Pattern: | Ext/Int Rotation Mod Neutral |
| Ht: | | Referral: | | Mode: | Isokinetic |
| Wt: | 180.0 | Joint: | Shoulder | Contraction: | CON/CON |
| Gender: | Male | Diagnosis: | | GET: | No Gravity Correction |



### EXT ROTATION



Deficit 41.2%

60 DEG/SEC



UNINV 17.8  GOAL 13.0  INV 10.5 (17.0)

### INT ROTATION



Deficit 2.9%

60 DEG/SEC



UNINV 30.0  GOAL 19.0  INV 29.2 (26.0)

### Comments:

PEAK TORQUE: Highest muscular force output at any moment during a repetition. Indicative of a muscle's strength capabilities.
PEAK TQ/BW: Represented as a percentage normalized to bodyweight and compared to an established goal
DEFICITS:
1 to 10%   No significant difference between extremities.
11 to 25%  Rehabilitation recommended to improve muscle performance balance.
> 25%  Significant Functional Impairment
(-) Negative deficit indicates involved extremity performed better than uninvolved

SAAVEDRA 000059

Biodex Rev 4 60 May 10 2016