# Defendants' Summary Judgment Exhibit 12

      Pursuant to Local Rule 5-4.2, Defendants' Summary Judgment Exhibit 12, CCTV video obtained from 306 S. Gerhart Avenue, is manually lodged concurrently.