JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESTATE OF PAUL REA, by and through successor in interest, Leah Garcia, LEAH GARCIA, individually; JAYLENE REA, individually, TOMMY SANCHEZ, individually,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; ALEX VILLANUEVA; HECTOR SAAVEDRA-SOTO; ARGELIA HUERTA; DOE SANCHEZ (Badge Number 9898),<br><br>  Defendants. | **CASE NO. 2:20-cv-01691 JFW (AFMx)**<br><br>**JUDGMENT** |

Pursuant to the Court's October 7, 2021 Order Granting Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (Docket No. 102) on the Third Amended Complaint, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Defendants' Motion is hereby **GRANTED** with respect to Plaintiff Estate of Paul Rea's first claim for relief; Plaintiff Tommy Sanchez's

first claim for relief; Plaintiff Leah Garcia's fourth claim for relief and Plaintiff Jaylene Rea's tenth and eleventh claims for relief.

2. Plaintiffs' second, third, and sixth claims for relief are dismissed with prejudice.

3. Plaintiff Jaylene Rea's fifth and seventh claims for relief are dismissed with prejudice.

4. All claims alleged against Defendant Michelle Sanchez, including Plaintiff Jaylene Rea's first, fifth, tenth, and eleventh claims for relief are dismissed with prejudice.

5. Defendants shall have judgment in their favor against Plaintiffs with respect to the foregoing claims.

6. Plaintiff Estate of Paul Rea's assault and battery claim, survivorship claim, and Bane Act claim are dismissed without prejudice to refiling those claims in state court.

7. Plaintiff Leah Garcia's wrongful death claim is dismissed without prejudice to refiling that claim in state court.

8. Plaintiff Tommy Sanchez's assault and battery claim, false imprisonment claim, and Bane Act claim are dismissed without prejudice to refiling those claims in state court.

9. Defendants are entitled to their costs of suit.

**IT IS SO ORDERED.**

DATED: October 18, 2021

_____
HON. JOHN F. WALTER
Judge of the United States District Court